CLARENCE JUDD, Appellant, *v.* MARION SAMS, Respondent.
CARMINE M. JUDD, Appellant, *v.* MARION SAMS, Respondent.

Argued November 20, 1946; decided January 9, 1947.

*Arthur VD. Chamberlain* and *John J. McInerney* for appellants.

*William H. Morris* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.